## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Disability Support Alliance, on behalf of
its members; and Scott Smith,

               Plaintiffs,

   v.

Western Mental Health Center, Inc.,

               Defendant,

Case No. 15-cv-2693 JNE/BRT

**CERTIFICATE OF SERVICE OF PROPOSED ORDER**

---

Erin Gleis, of the City of Balaton, County of Murray, State of Minnesota, declare under penalty of perjury that on the 14th day of August, 2015, she caused a copy of the following:

    1.    Proposed Order Dismissing Plaintiffs' Complaint.

to be filed with the court via email to the following the Honorable Joan Ericksen who is hearing the motion via the following email address:
**JoanEricksen_Chambers@mnd.uscourts.gov**

and for the same to be sent to counsel, Paul Hansmeier, via the following email address:
**mail@classjustice.org**

    Dated: August 14, 2015.

                                              s/Erin Gleis
                                              Erin Gleis